PEOPLE EX REL. FRED. W. MILLER V. WAYNE CIRCUIT JUDGE.

### *Costs.*

An order for costs on opening a default is discretionary and an order to show cause why it should not be vacated will not be granted.

Motion for order to show cause.   Submitted and denied October 15.

*Charles M. Swift* for the motion.

PER CURIAM.   An order to show cause will not be granted to inquire into the imposition by a circuit judge of costs as terms for opening a default.   Such conditions are discretionary.